779 A.2d 424

IN THE MATTER OF LAURENCE A. HECKER,
AN ATTORNEY AT LAW.

Decided September 7, 2001.

**CORRECTED ORDER**

This matter having been duly presented to the Court, it is ORDERED that **LAURENCE A. HECKER** of **TOMS RIVER,** who was admitted to the bar of this State in 1965, and who was suspended from the practice of law for a period of three months effective April 2, 2001, by Order of this Court filed March 8, 2001, be restored to the practice of law, effective immediately.